No. 74–6214. NULL v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–6219. LUGO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 74–6222. SMITH ET AL. v. LINK, GOVERNOR OF NORTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–6225. OLDEN v. GUNN, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 74–6230. HAMPTON v. KARFELD, TRUSTEE. C. A. 8th Cir. Certiorari denied.

No. 74–6239. JOHNSON v. DEPARTMENT OF WATER AND POWER, CITY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–6242. STANLEY v. WARDEN, STATE PRISON OF SOUTHERN MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 74–6243. HOM v. CLANON, MEDICAL FACILITY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 74–6245. GERSBACHER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 74–6250. HILL v. CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–6258. TAHL v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–6275. SCHNEIDER v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–6279. VITORATOS v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.